# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 1:21-cv-00104-DAD-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RESPONSE TO PLAINTIFF'S OBJECTIONS FILED AS MOOT |
| v. | |
| TREVINO, *et al.*, | (ECF No. 16) |
| Defendants. | |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2021, the Court issued findings and recommendations recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied. (ECF No. 5.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days. (Id.)

Since those findings and recommendations were issued, the Court has granted Plaintiff several extensions of time after receiving numerous filings from Plaintiff explaining that he has been transferred without his legal materials and also that he has already sent the Court his objections. (ECF Nos. 8–15.) As explained in the Court's prior orders, no objections have been received by the Court or the Clerk of the Court, and if Plaintiff wishes to file objections to the findings and recommendations, he must do so by the current deadline. (See ECF No. 15.)

///

1

1 On March 25, 2021, a further motion from Plaintiff was entered on the Court's docket, titled "Plaintiff's motion for response to Plaintiff's objections filed." (ECF No. 16.) This motion was apparently received by the Clerk of the Court on March 10, 2021 and stamped as filed on March 19, 2021, but was not entered on the docket until March 25, 2021. (Id.) In the motion, Plaintiff yet again explains that he already submitted his objections on February 21, 2021, and asks the Court to review all motions sent from February 21, 2021 until the date of the motion, which is February 28, 2021. It also contains the first page of an application to proceed *in forma pauperis* and a copy of Plaintiff's trust account statement. (Id.)

As the Court has already explained to Plaintiff in numerous orders that it has reviewed all documents filed in this action since the findings and recommendations were issued, and that no objections have been filed, the motion, (ECF No. 16), is HEREBY DENIED as moot. The deadline for the filing of Plaintiff's objections remains unchanged.

IT IS SO ORDERED.

Dated:   **March 26, 2021**          /s/ *Barbara A. McAuliffe*          
                                                    UNITED STATES MAGISTRATE JUDGE

2