# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>       Plaintiff,<br><br>  v.<br><br>TREVINO, *et al.*,<br><br>       Defendants. | Case No. 1:21-cv-00104-DAD-BAM (PC)<br><br>ORDER DENYING MOTION TO OBTAIN PHOTOCOPY OF COMPLAINT WITH EXHIBITS ATTACHED AS MOOT<br><br>(ECF No. 19) |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2021, the Court issued findings and recommendations recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied. (ECF No. 5.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen days. (Id.) Plaintiff was granted several extensions of time to file his objections based on his assertion that he had been transferred to another institution and did not have access to his legal documents. (ECF Nos. 9, 13.)

Currently before the Court is Plaintiff's "Motion to Obtain Photo Copy of 42 U.S.C. § 1983 Complaint with Exhibits Attached," filed April 5, 2021. (ECF No. 19.) Plaintiff also filed his objections to the findings and recommendations the same date. (ECF No. 18.) In his motion, Plaintiff requests a photocopy of the January 26, 2021 complaint with all exhibits attached so that

1  he can properly file his objections to the findings and recommendations. (ECF No. 19.)

2  As Plaintiff has previously been informed, the Clerk of the Court does not ordinarily
3  provide free copies of case documents to parties, even those proceeding *in forma pauperis*. See
4  Hullom v. Kent, 262 F.2d 862, 863 (6th Cir. 1959.)  Plaintiff is responsible for maintaining his
5  own records for this proceeding.  Plaintiff is informed that the Clerk charges $0.50 per page for
6  copies of documents.  See 28 U.S.C. § 1914(b).  Copies of up to twenty pages may be made by
7  the Clerk's Office at this Court upon written request, prepayment of the copy fees, and
8  submission of a large, self-addressed stamped envelope.

9  In light of Plaintiff's submission of his objections to the findings and recommendations,
10 (ECF No. 18), the Court finds that Plaintiff's request for a copy of the complaint for the purpose
11 of preparing his objections, is now moot.  If Plaintiff nevertheless would like a copy of the
12 complaint, he is informed that the complaint in this action, including all exhibits, is 357 pages
13 long. (ECF No. 1.)  Therefore, if Plaintiff would like a copy of the complaint sent to him, he is
14 required to prepay $0.50 per page—a total of $178.50—to the Clerk's Office, together with a
15 large, self-addressed stamped envelope.

16 With the filing of Plaintiff's objections, the findings and recommendations will be
17 submitted to the assigned District Judge for review.  Those findings and recommendations will be
18 addressed in due course.

19 Accordingly, Plaintiff's motion for a copy of the complaint, (ECF No. 19), is HEREBY
20 DENIED as moot, as discussed above.

IT IS SO ORDERED.

Dated:   **April 8, 2021**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2